UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
U.S. AIRLINES PILOTS ASSOCIATION, by its            JUDGMENT
president Michael Cleary,                                       11-CV- 2579 (ARR)

                           Plaintiff,

      -against-

US AIRWAYS, INC., AND U.S. AIRWAYS GROUP,
INC.,

                          Defendants.
------------------------------------------------------------------X

        An Order of Honorable Allyne R. Ross, United States District Judge, dated March 15, 2012 having dismissed Counts I, II, III, and V with prejudice and an Order of Honorable Allyne R. Ross filed on May 9, 2012, having dismissed Count IV with prejudice and directed the Clerk of Court to enter judgment; it is

        ORDERED, ADJUDGED AND DECREED that judgment is hereby entered dismissing the Complaint with prejudice.

Dated: Brooklyn, New York            Douglas C. Palmer
       May 18, 2012                         Clerk of Court

                                         by:   s/ MG
                                              Michele Gapinski
                                              Chief Deputy for
                                              Court Operations